Submitted on record and briefs March 7, reversed and remanded March 28, 1990

In the Matter of
Doering, Ashley, a Minor Child.
## STATE ex rel JUVENILE DEPARTMENT OF MULTNOMAH COUNTY et al,
*Respondents,*

*v.*

## DOERING,
*Appellant.*

(85479A; CA A62517)

788 P2d 1036

David K. Allen, Portland, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Meg Reeves, Assistant Attorney General, Salem, filed the brief for respondents.

Before Graber, Presiding Judge, and Joseph, Chief Judge, and Edmonds, Judge.

**PER CURIAM**

The state concedes that it was error to find mother in default and to enter a judgment terminating her parental rights at the conclusion of a show cause hearing at which her attorney appeared and requested a trial date. The notice to mother was ambiguous regarding the nature of the hearing and the consequences of her failure to appear personally. Therefore, we accept the state's concession.

Reversed and remanded.